## 39967.   MAULDIN v. PATTEN.

EBERHARDT, Judge.   The Supreme Court in *Patten v. Mauldin,* 219 Ga. 211 (132 SE2d 664) having reversed our judgment in *Mauldin v. Patten,* 107 Ga. App. 549 (130 SE2d 797), our judgment therein is vacated, the judgment of the Supreme Court is adopted and the judgment of the trial court sustaining the general demurrer to the petition is

*Affirmed.   Felton, C. J., and Russell, J., concur.*

DECIDED SEPTEMBER 24, 1963.

*Lewis, Lewis, Whaley & Cagle, T. J. Lewis, Jr.,* for plaintiff in error.

*Greene, Neely, Buckley & DeRieux, John D. Jones, Homer A. Houchins, Jr.,* contra.